# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00600-CV

**Williamson County, Honorable Dan A. Gattis, Honorable Suzanne Brooks,
Honorable Tim Wright, Honorable Donald Higginbotham,
and Honorable William Thomas Eastes, in their official capacities, Appellants**

**v.**

**Kerry Heckman, Monica Maisenbacher, Sylvia Peterson, Tammy Newberry,
Elveda Vieira, and Jessica Stempko, on behalf of themselves
and all other persons similarly situated, Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 06-453-C277, HONORABLE JOSEPH H. HART, JUDGE PRESIDING

### C O N C U R R I N G   O P I N I O N

I concur in the judgment only.  *See* Tex R. App. P.  47.5.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Filed:   April 23, 2010